IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MYRON HAYES**                                                                                          **PLAINTIFF**

VS.                                             **4:13-CV-00247-BRW**

**NOSOMA SYSTEMS, INC.**
**d/b/a CAPITAL COLLECTION SERVICES**                              **DEFENDANT**

JUDGMENT

In accordance with the Court's Order entered November 15, 2013, judgment is hereby entered granting Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED this 15th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE