IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MYRON HAYES**                                                                                                                   **PLAINTIFF**

**VS.**                                      **4:13-CV-00247-BRW**

**NOSOMA SYSTEMS, INC.**
**d/b/a CAPITAL COLLECTION SERVICES**                            **DEFENDANT**

<u>**ORDER**</u>

      Plaintiff's Motion to Compel (Doc. No.10) is GRANTED.  Accordingly, by 5:00 p.m., Thursday, March 20, 2014, Defendant must (1) pay Plaintiff's Judgment in full, or (2) respond to Plaintiff's post-judgment discovery requests attached as Exhibit A to Plaintiff's Motion to Compel.

      The Clerk of the Court is directed to mail a copy of this Order to the following:

| | |
|---|---|
| Nosoma Systems, Inc. | Nosoma Systems, Inc. |
| d/b/a Capital Collection Service | d/b/a Capital Collection Services |
| PO Box 150 | 300 State Highway 73 N |
| West Berlin, NJ 08091-0150 | West Berlin, NJ, 08091-2506 |

      IT IS SO ORDERED this 13th day of March, 2014.

                                                           /s/Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE